IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID DIPRIMIO,

    Petitioner,

v.

STEPHEN GLUNT, et al.,

    Respondents.

CIVIL ACTION
NO. 14-6256

## ORDER

**AND NOW**, this 8th day of June, 2016, upon careful and independent consideration of the petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa and Petitioner's objections thereto, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for Writ of Habeas Corpus is **DISMISSED** with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of Courts shall mark this case closed.

                                                          **BY THE COURT:**

                                                          **/s/ Jeffrey L. Schmehl**
                                                          **Jeffrey L. Schmehl, J.**